IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR196 |
| vs. | |
| ADALBERTO MARTINEZ-RAMIREZ, | ORDER |
| Defendant. | |

This matter is before the Court on (1) Defendant Adalberto Martinez-Ramirez's ("Martinez-Ramirez") Motion to Suppress (Filing No. 102) evidence obtained as a result of his custodial interrogation and (2) the magistrate judge's[1] Order and Recommendation (Filing No. 114) that the Motion be granted.  *See* 28 U.S.C. § 636(b)(1).  As noted by the magistrate judge, the government "concedes Defendant's Motion to suppress his statements during the custodial interview" and "concedes suppression of" any evidence derived from those statements.  In light of the government's concessions,

IT IS ORDERED:

1. The magistrate judge's Order and Recommendation (Filing No. 114) is ACCEPTED.
2. Martinez-Ramirez's Motion to Suppress (Filing No. 102) is GRANTED.

Dated this 4th day of November, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge

---

[1] The Honorable Thomas D. Thalken, United States Magistrate Judge for the District of Nebraska.