**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:16CR196** |
| **vs.** | |
| **ADALBERTO MARTINEZ-RAMIREZ,** | **ORDER** |
| **Defendant.** | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Adalberto Martinez-Ramirez (Filing No. 258). Michael F. Maloney represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael F. Maloney 's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 258) is granted.

Michael J. Wilson, 1001 Farnam Street, Third Floor, Omaha, Nebraska 68102, (402) 341-0700, is appointed to represent Adalberto Martinez-Ramirez for the balance of these proceedings pursuant to the Criminal Justice Act. Michael F. Maloney shall forthwith provide Michael J. Wilson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Mr. Martinez-Ramirez's defense.

The clerk shall provide a copy of this order to Michael J. Wilson, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge