IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADALBERTO MARTINEZ-RAMIREZ,<br><br>Defendant. | 8:16CR196<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today, judgment is entered in favor of the United States of America and against Adalberto Martinez-Ramirez.

Dated this 29th day of May 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge